

# Fourth Court of Appeals
## San Antonio, Texas

November 19, 2014

No. 04-14-00144-CV

Sandra Y. **ESPINOZA**,
Appellant

v.

Ruth V. **THRASHER**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 391870
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

Appellant's brief was due on October 9, 2014. Neither the brief nor a motion for extension of time has been filed.

We, therefore, ORDER appellant to file, on or before December 1, 2014, her appellant's brief and a written response reasonably explaining (1) her failure to timely file the brief and (2) why appellee is not significantly injured by her failure to timely file a brief. If appellant fails to file a brief and the written response by the date ordered, we will dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *see also* TEX. R. APP. P. 42.3(c) (allowing involuntary dismissal if appellant has failed to comply with a court order).

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of November, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court